# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2529
LT Case No. 2022-CF-1166

_____

RAYMOND CLAUDIO,

    Petitioner,

      v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Certiorari Review of Order
from the Circuit Court for Putnam County,
Elizabeth Anne Morris, Judge.

Raymond Claudio, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Douglas
T. Squire, Assistant Attorney General, Daytona Beach, for
Respondent.

March 25, 2025

PER CURIAM.

    DISMISSED. *See Logan v. State,* 846 So. 2d 472, 475 (Fla.
2003).

EDWARDS, C.J., and KILBANE and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____